B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kountanis, Spyros D.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-1506** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2050 W. Springs Road #4124**<br>**Henderson, NV**<br>ZIP Code **89014** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Kountanis, Spyros D. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **/s/ Charles T. Wright NV**          **January  8, 2010** Signature of Attorney for Debtor(s)                                 (Date) **Charles T. Wright NV No.10285** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Kountanis, Spyros D.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Spyros D. Kountanis**
Signature of Debtor  **Spyros D. Kountanis**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**January 8, 2010**
Date

### Signature of Attorney*

X  **/s/ Charles T. Wright NV**
Signature of Attorney for Debtor(s)

**Charles T. Wright NV No.10285**
Printed Name of Attorney for Debtor(s)

**Piet & Wright**
Firm Name

**3130 S. Rainbow Blvd., Suite 304**
**Las Vegas, NV 89146**

_____
Address

d@pietwright.com, tiffany@pietwright.com, stephanie@pietwright.com
**(702) 566-1212  Fax: (702) 566-4833**
Telephone Number

**January 8, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re  **Spyros D. Kountanis**  
                               Debtor(s)

Case No.  
Chapter  **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                                                                                             Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Spyros D. Kountanis**
                       **Spyros D. Kountanis**

Date:   **January 8, 2010**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re **Spyros D. Kountanis**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Allied Collection Serv**<br>3080 S Durango Dr Ste 20<br>Las Vegas, NV 89117 | **Allied Collection Serv**<br>3080 S Durango Dr Ste 20<br>Las Vegas, NV 89117 | Collection Anesthesia Associate | | 41.00 |
| **Bac Home Loans Servici**<br>450 American St<br>Simi Valley, CA 93065 | **Bac Home Loans Servici**<br>450 American St<br>Simi Valley, CA 93065 | Mortgage | | 404,000.00<br><br>(0.00 secured) |
| **Bac Home Loans Servici**<br>450 American St<br>Simi Valley, CA 93065 | **Bac Home Loans Servici**<br>450 American St<br>Simi Valley, CA 93065 | Mortgage | | 278,050.00<br><br>(0.00 secured) |
| **Bac Home Loans Servici**<br>450 American St<br>Simi Valley, CA 93065 | **Bac Home Loans Servici**<br>450 American St<br>Simi Valley, CA 93065 | Mortgage | | 105,299.00<br><br>(0.00 secured) |
| **Bank Of America**<br>Po Box 1598<br>Norfolk, VA 23501 | **Bank Of America**<br>Po Box 1598<br>Norfolk, VA 23501 | | | Unknown |
| **Bk Of Amer**<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | **Bk Of Amer**<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | Mortgage | | 132,367.00<br><br>(0.00 secured) |
| **Cap One**<br>Po Box 85520<br>Richmond, VA 23285 | **Cap One**<br>Po Box 85520<br>Richmond, VA 23285 | | | 10,476.00 |
| **Chase**<br>Po Box 15298<br>Wilmington, DE 19850 | **Chase**<br>Po Box 15298<br>Wilmington, DE 19850 | | | Unknown |
| **Discover Fin Svcs Llc**<br>Po Box 15316<br>Wilmington, DE 19850 | **Discover Fin Svcs Llc**<br>Po Box 15316<br>Wilmington, DE 19850 | ChargeAccount | | 16,476.00 |
| **Farmers Ins Group F C**<br>4601 Wilshire Blvd Ste 1<br>Los Angeles, CA 90010 | **Farmers Ins Group F C**<br>4601 Wilshire Blvd Ste 1<br>Los Angeles, CA 90010 | | | 34,525.00 |
| **Farmers Ins Group F C**<br>4601 Wilshire Blvd Ste 1<br>Los Angeles, CA 90010 | **Farmers Ins Group F C**<br>4601 Wilshire Blvd Ste 1<br>Los Angeles, CA 90010 | Automobile | | 12,074.00 |
| **First Horizon Home Loa**<br>4000 Horizon Way<br>Irving, TX 75063 | **First Horizon Home Loa**<br>4000 Horizon Way<br>Irving, TX 75063 | Mortgage | | 387,000.00<br><br>(0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re **Spyros D. Kountanis**
Debtor(s)

Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Hsbc/Bstby** Pob 15521 Wilmington, DE 19805 | **Hsbc/Bstby** Pob 15521 Wilmington, DE 19805 | **ChargeAccount** | | **Unknown** |
| **Suntrust Mortgage/Cc 5** 1001 Semmes Ave Richmond, VA 23224 | **Suntrust Mortgage/Cc 5** 1001 Semmes Ave Richmond, VA 23224 | **Mortgage** | | 320,551.00 (0.00 secured) |
| **Us Bank** Po Box 790084 Saint Louis, MO 63179 | **Us Bank** Po Box 790084 Saint Louis, MO 63179 | **ChargeAccount** | | 5,101.00 |
| **Us Bank Home Mortgage** 4801 Frederica St Owensboro, KY 42301 | **Us Bank Home Mortgage** 4801 Frederica St Owensboro, KY 42301 | **Mortgage** | | 119,055.00 (0.00 secured) |
| **Wells Fargo Bank** Po Box 5445 Portland, OR 97228 | **Wells Fargo Bank** Po Box 5445 Portland, OR 97228 | | | 31,207.00 |
| **Wells Fargo Bank Nv Na** Po Box 31557 Billings, MT 59107 | **Wells Fargo Bank Nv Na** Po Box 31557 Billings, MT 59107 | **Mortgage** | | 179,500.00 (0.00 secured) |
| **Wells Fargo Bank Nv Na** Po Box 31557 Billings, MT 59107 | **Wells Fargo Bank Nv Na** Po Box 31557 Billings, MT 59107 | **Mortgage** | | 88,008.00 (0.00 secured) |
| **Wells Fargo Hm Mortgag** 8480 Stagecoach Cir Frederick, MD 21701 | **Wells Fargo Hm Mortgag** 8480 Stagecoach Cir Frederick, MD 21701 | **Mortgage** | | 390,778.00 (0.00 secured) |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Spyros D. Kountanis**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 8, 2010**

Signature **/s/ Spyros D. Kountanis**
**Spyros D. Kountanis**
Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Spyros D. Kountanis
2050 W. Springs Road #4124
Henderson, NV 89014

Charles T. Wright NV
Piet & Wright
3130 S. Rainbow Blvd., Suite 304
Las Vegas, NV 89146

Allied Collection Serv
Acct No xxxxx0401
3080 S Durango Dr Ste 20
Las Vegas, NV 89117

American General Finan
Acct No xxxxxxxxxxx0448
600 N Royal Ave
Evansville, IN 47715

Americas Servicing Co
Acct No xxxxxxxxx7765
Po Box 10328
Des Moines, IA 50306

Amex
Acct No -xxxxxxxxxxxx0743
Po Box 297871
Fort Lauderdale, FL 33329

Bac Home Loans Servici
Acct No xxxxx2178
450 American St
Simi Valley, CA 93065

Bank Of America
Acct No 0684
Po Box 1598
Norfolk, VA 23501

Bank Of America
Acct No 3274
Po Box 17054
Wilmington, DE 19850

Bank Of America
Acct No xxxxxxxxx8399
4161 Piedmont Pkwy
Greensboro, NC 27410

Bk Of Amer
Acct No xxxxxxxxx0099
4161 Piedmont Pkwy
Greensboro, NC 27410

```
Cap One
Acct No xxxxxxxx5657
Po Box 85520
Richmond, VA 23285

Chase
Acct No xxxxxxxxxx1801
201 N Walnut St # De1-10
Wilmington, DE 19801

Chase
Acct No xxxxxxxx2242
Po Box 15298
Wilmington, DE 19850

Discover Fin
Acct No xxxxxxxx1062
Pob 15316
Wilmington, DE 19850

Discover Fin Svcs Llc
Acct No xxxxxxxx1070
Po Box 15316
Wilmington, DE 19850

Farmers Ins Group F C
Acct No xxxxxx7700
4601 Wilshire Blvd Ste 1
Los Angeles, CA 90010

Fia Csna
Acct No 0645
Po Box 17054
Wilmington, DE 19850

First Horizon Home Loa
Acct No xxxxxxxxx7268
4000 Horizon Way
Irving, TX 75063

Frdf/Cbsd
Acct No xxxxxxxxxxxx5649
Po Box 9714
Gray, TN 37615

Gemb/Relax The Back
Acct No xxxxxxxxxxxx9585
Po Box 981439
El Paso, TX 79998

Home American Mortgage
Acct No xxx2090
7595 Technology Way Ste
Denver, CO 80237
```

```
Hsbc/Bstby
Acct No xxxxxxxx0705
Pob 15521
Wilmington, DE 19805

Mcydsnb
Acct No xxxxxxxxx1820
9111 Duke Blvd
Mason, OH 45040

Mortgage Service Cente
Acct No xxxxxxxx2513
4001 Leadenhall Rd
Mount Laurel, NJ 08054

Odpc/Cbsd
Acct No xxxxxxxx0070
Po Box 6497
Sioux Falls, SD 57117

Rc Willey Home Furn
Acct No xxxxxx7370
2301 S 300 W
Salt Lake City, UT 84115

Select Portfolio Svcin
Acct No xxxxxxxxx4512
Po Box 65250
Salt Lake City, UT 84165

Suntrust Mortgage/Cc 5
Acct No xxxxxxxxx3617
1001 Semmes Ave
Richmond, VA 23224

Thd/Cbsd
Acct No xxxxxxxxxxxx0045
Po Box 6497
Sioux Falls, SD 57117

Toyota Motor Credit Co
Acct No xxxxxxxxxxxx0001
10040 N 25th Ave Ste 200
Phoenix, AZ 85021

Unvl/Citi
Acct No xxxxxxxx6122
Po Box 6241
Sioux Falls, SD 57117

Up/Regionsm
Acct No xxxxxxxxx3772
215 Forrest St
Hattiesburg, MS 39401
```

```
Us Bank
Acct No xxxxxxx2098
Po Box 790084
Saint Louis, MO 63179

Us Bank
Acct No xxx4668
425 Walnut Street Cn Wn 15
Cincinnati, OH 45202

Us Bank Home Mortgage
Acct No xxxxxxxx2409
4801 Frederica St
Owensboro, KY 42301

Wells Fargo Bank
Acct No xxxxxxxx9053
Po Box 5445
Portland, OR 97228

Wells Fargo Bank Nv Na
Acct No xxxxxxxxxxxxx1998
Po Box 31557
Billings, MT 59107

Wells Fargo Bank Nv Na
Acct No xxxxxxxxxxxxx0001
Po Box 94435
Albuquerque, NM 87199

Wells Fargo Hm Mortgag
Acct No xxxxxxxx7287
8480 Stagecoach Cir
Frederick, MD 21701

Wffinance
Acct No xxxxxxxxxx4360
800 Walnut St
Des Moines, IA 50309

Wfnnb/Express
Acct No xxxxx3880
4590 E Broad St
Columbus, OH 43213

Wilshire Credit Corp
Acct No xx8873
1776 Sw Madison St
Portland, OR 97205
```